UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 20-10086-CIV-KING/REID

HENRY JOSEPH BEAUDION, III,

    Plaintiff,

v.

MONROE COUNTY DETENTION
CENTER,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the October 9, 2020 Report and Recommendation ("R&R") (DE 4) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by October 23, 2020; none were filed.

The R&R recommends dismissing Plaintiff's action, brought under 42 U.S.C. § 1983, because Plaintiff is a "three-striker" who did not pay the statutory filing fee. (*See generally* R&R). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED**:

1. Magistrate Judge Lisette M. Reid's October 9, 2020 Report and Recommendation **(DE 4)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's claim under 42 U.S.C. § 1983 **(DE 1)** is hereby **DISMISSED**; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of October, 2020.

                                                       _/s/ James Lawrence King_
                                                       JAMES LAWRENCE KING
                                                       UNITED STATES DISTRICT JUDGE

**cc:**
    **All counsel of record**